May 21, 1986

No. 85–6770.   Adams v. United States.   C. A. 4th Cir. Certiorari dismissed under this Court's Rule 53.

May 27, 1986

No. 85–31.   Owens et al. v. Bowen, Secretary of Health and Human Services.   Appeal from D. C. C. D. Cal. dismissed.

No. 85–1493.   Metropolitan Edison Co. et al. v. Pennsylvania Public Utility Commission et al.   Appeal from Sup. Ct. Pa. dismissed for want of substantial federal question.

No. 85–1637.   Budget Rent-A-Car of Cincinnati, Inc. v. Kentucky Revenue Cabinet.   Appeal from Sup. Ct. Ky. dismissed for want of substantial federal question.

No. 85–1610.   Northern Indiana Public Service Co. v. Citizens Action Coalition of Indiana, Inc., et al.   Appeal from Sup. Ct. Ind. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–6635.   Wilkerson v. Township of East Brunswick, New Jersey.   Appeal from Super. Ct. N. J., App. Div., dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–1859.   Marsh v. Board of Education of the City of Flint et al.   C. A. 6th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Wygant* v. *Jackson Board of Education, ante,* p. 267.